8693.  HAMMOND *et al. v.* SCOGGINS.

JENKINS, J.  The assignments of error as to excerpts from the charge of the court are without substantial merit.  The evidence authorized the verdict; and the newly discovered evidence, being merely cumulative and tending only to show admissions made in a casual conversation, will not require a new trial, especially where the statements thus proposed to be proved are directly denied by the counter-affidavit of the other party to the conversation, and where the integrity of the affiant is assailed.  The court did not err in overruling the motion for a new trial.  Civil Code (1910), §§ 6085, 6086; *Erskine* v. *Duffy*, 76 *Ga.* 602 (5); *Grubb* v. *Kalb*, 37 *Ga.* 459; *Atlanta Consolidated St. Ry. Co.* v. *McIntire*, 103 *Ga.* 568 (2) (29 S. E. 766); *Holliday* v. *Athens*, 10 *Ga. App.* 709 (7) (74 S. E. 67); *Knight* v. *Northey*, 21 *Ga. App.* 46 (5) (93 S. E. 535).

> *Judgment affirmed.  Wade, C. J., and Luke, J., concur.*
> DECIDED DECEMBER 13, 1917.

Complaint; from Chattooga superior court—Judge Wright. February 16, 1917.

*Wesley Shropshire, Maddox & Doyal,* for plaintiffs in error.
*John D. & E. S. Taylor,* contra.